IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VICKY HEFNER                                            PLAINTIFF

v.                         CIVIL NO. 07-2122

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                           DEFENDANT

**ORDER**

Now on this 25th day of January 2008, comes on for consideration the Report and Recommendation dated January 3, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety.

Accordingly, the court hereby remands this case to the Commissioner for further administrative action pursuant to sentence six of 42 U.S.C. § 405(g).

DATED this 25th day of January 2008.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 25 2008
CHRIS R. JOHNSON, CLERK
BY
     DEPUTY CLERK

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)